IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: § § § § § § § § § PATRICK REILY MURPHY, JR., and MITSY JAMES MURPHY DEBTORS. | | CASE NO. 20-11714 CHAPTER 7 |
| PROVIDENCE BANK § § § § § § § PLAINTIFF PATRICK REILY MURPHY, JR. DEFENDANT | | A.P. CASE NO. 20-01054 |

### FINAL ORDER OF NON-DISCHARGEABILITY

Upon request of the parties, it is hereby Ordered, Adjudged and Decreed as follows:

1. The Court determines that the indebtedness due Plaintiff, Providence Bank by Defendant, Patrick Reily Murphy, Jr., is non-dischargeable pursuant to 11 U.S.C.§523(a)(2)(B) in the amount of $450,000.00.

2. Interest shall accrue upon said amount at 5% per annum until paid in full.

3. Costs are taxed to the Defendant.

Dated: February 5, 2021

*/s/ Henry A. Callaway*
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE

Agreed to in advance by:

*/s/ Robert P. Reynolds*
Robert P. Reynolds, Esq.
REYNOLDS, REYNOLDS & LITTLE, LLC
Attorney for Plaintiff, Providence Bank
Post Office Box 2863
Tuscaloosa, Alabama 35403
Telephone: 205-391-0073
Email: rreynolds@rrllaw.com
File No. 1579.0000.3

_____
Jason R. Watkins, Esq.
O'HARA WATKINS, LLC
Attorney for Defendant, Patrick Reily Murphy, Jr.
1307 Main Street
Daphne, AL 36526
Telephone: 251-414-7779
Email: Jwatkins@oharawatkins.com

_____
Patrick Reily Murphy, Jr.

AP.Consent Judgment.1579.0000.3

2